**Fill in this information to identify the case:**

Debtor name: Cut & Fill LLC

United States Bankruptcy Court for the: Northern District of Illinois

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Reed Illinois Corporation<br>c/o MUCH SHELIST, P.C.<br>191 N. Wacker Dr., Suite 1800<br>Chicago, IL, 60606 | Patrick B. Barnett<br>pbarnett@muchlaw.com | Mechanic's Lien | Disputed<br>Unliquidated<br>Contingent | | | 540,878.00 |
| 2 | Laborers' Pension and Welfare Fund<br>11465 W. Cermak Road<br>Westchester, IL, 60154-5768 | Pension@chilpwf.com<br>Finance@chilpwf.com | Contributions to employee benefits | | | | 139,878.12 |
| 3 | McCann Industries, Inc.<br>543 S. Rohlwing Rd<br>Addison, IL, 60101 | Sales@McCannOnline.com<br>Fax 630-627-8711 | Suppliers or Vendors | | | | 93,936.87 |
| 4 | Headway Capital<br>175 W. Jackson Blvd.<br>Suite 1000<br>Chicago, IL, 60604 | collections@headwaycapital.com | SBA Line of Credit | | | | 77,290.80 |
| 5 | Fifth Third Bank<br>Attn: Bankruptcy<br>222 S. Riverside Plaza<br>Chicago, IL, 60606 | Fax 513-358-0621<br>timothy.spence@53.com | Line of Credit | | | | 71,848.93 |
| 6 | Pearl Capital<br>525 Washington Blvd.<br>22nd Floor<br>Jersey City, NJ, 07310 | sales@pearlcapital.com | Monies Loaned / Advanced | | | | 37,500.00 |
| 7 | Ozinga Ready Mix Concrete Inc.<br>19001 Old LaGrange Rd.<br>Mokena, IL, 60448 | Fax 708-479-7881<br>paulwinklejr@ozinga.com<br>eric.berg@btlaw.com | Suppliers or Vendors | Disputed<br>Unliquidated<br>Contingent | | | 35,855.63 |
| 8 | Badger Daylighting Corp.<br>P.O. Box 95000 LB#1627<br>Philadelphia, PA, 19195 | 815-323-4525<br>rblackadar@badgerinc.com<br>rdawson@badgerinc.com | Suppliers or Vendors | | | | 34,806.45 |

Debtor   Cut & Fill LLC
         Name                                                                        Case number (*if known*)_____

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Fifth Third Bank<br>Attn: Bankruptcy<br>222 S. Riverside Plaza<br>Chicago, IL, 60606 | Fax 513-358-0621<br>timothy.spence@53.com | Corporate Credit Account | | | | 33,397.62 |
| 10 | NewLane Finance Company<br>123 S. Broad St.<br>17th Floor<br>Philadelphia, PA, 19109 | nlsolutions@newlanefinance.com | Equipment Lease | | | | 31,056.07 |
| 11 | United Rentals, Inc.<br>100 E. Loop 336 North<br>Conroe, TX, 77301 | Fax 888-556-6458<br>marturner@ur.com | Equipment Rental | | | | 29,199.16 |
| 12 | Ozinga Ready Mix Concrete Inc.<br>19001 Old LaGrange Rd.<br>Mokena, IL, 60448 | Fax 708-479-7881<br>paulwinklejr@ozinga.com | Suppliers or Vendors | | | | 27,187.41 |
| 13 | CFG Merchant Solutions<br>180 Maiden Lane<br>Suite 1502<br>New York, NY, 10038 | info@cfgms.com | Monies Loaned / Advanced | | | | 22,050.00 |
| 14 | Forward Financing<br>53 State St.<br>20th Floor<br>Boston, MA, 02109 | info@forwardfinancing.com | Monies Loaned / Advanced | | | | 18,000.00 |
| 15 | Operative Plasters and Cement Masons Association Local 11<br>1102 Rail Dr.<br>Woodstock, IL, 60098 | Fax 815-337-7291<br>oplocal11@gmail.com | Contributions to employee benefits | | | | 14,478.74 |
| 16 | Bank of America<br>Attn: Bankruptcy Dept.<br>P.O. Box 9000<br>Getzville, NY, 14068-9000 | Fax 888-678-6046 | Credit Card Debt | | | | 12,959.74 |
| 17 | White Cap, L.P.<br>1400 W. Carroll Ave.<br>Chicago, IL, 60607 | Fax 866-319-4539<br>VendorInvoices@whitecap.com | Suppliers or Vendors | | | | 7,077.71 |
| 18 | Capital One Bank USA, N.A. / Spark<br>Attn: Bankruptcy Dept.<br>1680 Capital One Dr<br>McLean, VA, 22102 | Debt.settlements@capitalone.com | Credit Card Debt | | | | 5,120.18 |
| 19 | Yeager Asphalt Inc.<br>402 Hickory St.<br>Carrollton, MI, 48724 | Fax 989-755-3747<br>shannon@yeagerasphalt.com | Suppliers or Vendors | | | | 4,000.00 |
| 20 | Menards, Inc.<br>5101 Menard Dr.<br>Eau Claire, WI, 54703 | customerservice@menardsoc.com | Suppliers or Vendors | | | | 3,967.05 |